

P294

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROY DESALVO AND** | * | **CIVIL ACTION NO.** |
| **LAURA ARB DESALVO** | * | |
| | * | **SECTION ___ MAG.___** |
| **VERSUS** | * | |
| | * | **10-3323** |
| **PROGRESSIVE INSURANCE** | * | |
| **COMPANY, SOUTHERN** | * | |
| **AGGREGATES MATERIAL** | * | **SECT. S MAG. 4** |
| **SERVICE, INC. AND RICHARD** | * | |
| **HIGDON** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that defendants, Southern Aggregates Material Service, Inc. (hereinafter referred to as "SAMS") and Progressive Gulf Insurance Company, hereby remove this action entitled *"Roy DeSalvo and Laura Arb DeSalvo v. Progressive Gulf Insurance Company, et al,"* Docket No. 691674, Division "G" of the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana to the United States District Court for the Eastern District of Louisiana and respectfully aver as follows:

Fee $350.
✓ Process ___
x  Dktd ___
___ CtRmDep ___
___ Doc. No. ___

(1) Copies of all records and papers served or purportedly served in this action to date are attached hereto as Exhibit "1."

(2) The Action was commenced on August 25, 2010, when plaintiffs filed their Petition in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana. On September 16, 2010, service was made on SAMS through the Louisiana Long Arm Statute. On September 27, 2010 defendant, Progressive Gulf Insurance Company, was served.

(3) Pursuant to 28 U.S.C. Paragraphs 1441 and 1446(b), defendant have filed this Notice of Removal within 30 days of service of the initial pleading setting forth the alleged claim for relief upon which the Action is based.

## DIVERSITY JURISDICTION

(4) As alleged in the Petition, and on information and belief, plaintiffs Roy M. DeSalvo and Laura Arb DeSalvo, are and at the commencement of this Action were citizens of Louisiana (see Petition.)

(5) As alleged in the Petition, all defendants were at the commencement of this action, citizens of States other than Louisiana. (Petition, Paragraph 1.)

(6) At the time of the accident, defendant, Progressive Gulf Insurance

Company, was a Mississippi corporation with its place of corporation and principal place of business outside of the State of Louisiana. At the time of the accident, defendant, SAMS was a Mississippi corporation with its place of corporation and principal place of business outside of the State of Louisiana.

(7) The amount in controversy, exclusive of interest and costs exceeds the sum value of $75,000.

**PROCEDURAL REQUIREMENTS FOR REMOVAL**

(8) This Notice of Removal is timely because it is being filed no later than 30 days after the service of the petition on defendants, SAMS and Progressive Gulf Insurance Company.

(9) Counsel for Defendants has served by mail a copy of this notice to plaintiffs and a copy of this notice is being filed with the Clerk of the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana for the limited purpose of notifying the court of removal. Defendants in no way waive their rights to object to the jurisdiction of the state court, or to the venue of the state court or this Court, in this action.

(10) The United States District Court for the Eastern District of Louisiana embraces the parish in which the state court action is now pending, and

thus, this Court is a proper venue for removal of this action pursuant to 28 U.S.C. § 98(a).

## RESERVATION OF RIGHTS

(11) Defendants expressly reserve their rights to challenge the personal jurisdiction and venue of this Court and the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana and this Notice of Removal should not read as a waiver of any such rights or any other defenses available to Defendants.

**WHEREFORE**, further proceedings in the Action should be discontinued in the 24th Judicial District Court for the Parish of Jefferson, Louisiana and this action should be removed to the United States District Court.

Respectfully submitted this _30_ day of _Sept_, 2010.

KIEFER & KIEFER

Nat G. Kiefer, Jr. (Bar No. 1461)
2310 Metairie Road
Metairie, LA 70001
Telephone: (504) 828-3313
Facsimile: (504) 828-0024

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing have been forwarded to all counsel of record via email, facsimile or by depositing same in the United States Mail, properly addressed and postage prepaid, this _30_ day of _Sept_, 2010. as follows:

> Ronald D. Morrison (Bar No. 9744)
> MORRISON & MORRISON, LLC
> 209 A-Canal Street
> Metairie, Louisiana 70005
> Attorney for Plaintiffs

Print Name: NAT KIEFER JR

Date: 9/30/10

NAT G. KIEFER, JR.